*E-filed on* 11/29/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT GUICHARD,<br><br>    Plaintiff,<br><br>    v.<br><br>UNIVERSAL CITY STUDIOS, LLLP; and DOES 1-1000,<br><br>    Defendants. | No. C-06-06392 RMW<br><br>ORDER REFERRING CASE FOR RELATED CASE DETERMINATION |

Although no party has filed a formal notice of related case,[1] it appears this action may be related to a case, no. C-04-04363 JSW, previously pending before Judge Jeffrey S. White. On the court's own motion, this case is referred to Judge White for the purpose of determining if it is related to the earlier-filed action before him. *See* Civil L.R. 3-12(c).

The hearing date for plaintiff's motion for a preliminary injunction is vacated. A new hearing date will be set by the appropriate judge after a determination as to relatedness has been made.

DATED:     11/29/06

RONALD M. WHYTE
United States District Judge

---

[1] Defendant Universal City Studios, LLLP filed a Request for Judicial Notice, dkt. # 14, to which it attached an order from case no. C-04-04363 JSW. Plaintiff's evidence includes a motion to dismiss from the same case. *See* Guichard Decl. (dkt. # 6), Ex. 24.

ORDER REFERRING CASE FOR RELATED CASE DETERMINATION—No. C-06-06392 RMW
JAH

1 | **A copy of this order was mailed on** _____ **to:**

2 | **Plaintiff (*pro se*):**

3 | Robert Guichard
1578 35th Avenue
4 | San Francisco, CA  94122

5 | Fax: 415-449-6329

6 | **Counsel for Defendant:**

7 | Edward A. Ruttenberg; Lincoln Dee Bandlow
Leopold Petrich & Smith
8 | 2049 Century Park East, Suite 3110
Los Angeles, CA 90067-3274

9 | Fax: 310-277-7444

11 | Counsel are responsible for distributing copies of this order to co-counsel, as necessary.