UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GUICHARD et al,

        Plaintiff,

  v.

UNIVERSAL CITY STUDIOS, LLLP, L.P. et al,

        Defendant.

Case Number: CV06-06392 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 25, 2007, I SERVED a true and correct copy of the **TENTATIVE RULING AND QUESTIONS (docket no.: 80)**, by facsimile.

Robert Guichard
Facsimile No.: 415-449-6329

Dated: July 25, 2007

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk