IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT GUICHARD,

    Plaintiff,

v.

UNIVERSAL CITY STUDIOS, LLLP;
Does 1-1,000,

    Defendants.

No. C 06-6392 JSW

**ORDER RE APPEAL AND PENDING MOTION FOR SUMMARY JUDGMENT**

Having received the Ninth Circuit Court of Appeals' Order dated December 20, 2007 affirming this Court's denial of Plaintiff's motion for a preliminary injunction, the Court issues this order requiring the parties to file a joint supplemental submission outlining each party's position regarding the pending motion for summary judgment in light of the appellate ruling and each party's position regarding its amenability to resolving this dispute without the expenditure of this Court's limited resources. The joint submission must be filed no later than January 22, 2008. The Court is amenable to ordering the parties to a settlement conference before a Magistrate Judge on shortened time.

**IT IS SO ORDERED.**

Dated: January 9, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE