IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT GUICHARD,

    Plaintiff,

v.

UNIVERSAL CITY STUDIOS, LLLP;
Does 1-1,000,

    Defendants.

No. C 06-6392 JSW

**ORDER RE APPEAL AND PENDING MOTION FOR SUMMARY JUDGMENT**

Having received the Ninth Circuit Court of Appeals' Order dated December 20, 2007 affirming this Court's denial of Plaintiff's motion for a preliminary injunction, the Court issues this order requiring the parties to file a joint supplemental submission outlining each party's position regarding the pending motion for summary judgment in light of the appellate ruling and each party's position regarding its amenability to resolving this dispute without the expenditure of this Court's limited resources. The joint submission must be filed no later than January 22, 2008. The Court is amenable to ordering the parties to a settlement conference before a Magistrate Judge on shortened time.

**IT IS SO ORDERED.**

Dated: January 9, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GUICHARD et al,

        Plaintiff,

  v.

UNIVERSAL CITY STUDIOS, LLLP, L.P. et al,

        Defendant.

Case Number: CV06-06392 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 10, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Daniel Mark Mayeda
Edward A. Ruttenberg
Leopold Petrich & Smith
2049 Century Park East
Ste 3110
Los Angeles, CA 90067-3274

Robert Guichard
1578 35th Avenue
San Francisco, CA 94122

Dated: January 10, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk