IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT GUICHARD,

    Plaintiff,

v.

UNIVERSAL CITY STUDIOS LLLP, Does 1-1,000,

    Defendants.

No. C 06-6392 JSW

**ORDER REFERRING MOTION FOR ATTORNEYS' FEES TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, the motion for attorneys' fees filed by Defendant Universal City Studios, LLP is HEREBY REFERRED to a randomly assigned magistrate judge to prepare a report and recommendation.

**IT IS SO ORDERED.**

Dated: February 27, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GUICHARD et al,

        Plaintiff,

  v.

UNIVERSAL CITY STUDIOS, LLLP,
L.P. et al,

        Defendant.
                                   /

Case Number: CV06-06392 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 27, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Guichard
1578 35th Avenue
San Francisco, CA 94122

Dated: February 27, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk