LOUIS P. PETRICH
EDWARD A. RUTTENBERG
VINCENT COX
DONALD R. GORDON
WALTER R. SADLER
DANIEL M. MAYEDA**
ROBERT S. GUTIERREZ
THOMAS J. PEISTRUP
JAMIE LYNN FRIEDEN
ELIZABETH L. SCHILKEN
NICHOLAS MORGAN

\* Also admitted in New York
\*\* Also admitted in the District of Columbia

LAW OFFICES
**LEOPOLD, PETRICH & SMITH**
A PROFESSIONAL CORPORATION
www.lpsla.com

SUITE 3110
2049 CENTURY PARK EAST
LOS ANGELES, CALIFORNIA 90067-3274

TELEPHONE: (310) 277-3333
FACSIMILE: (310) 277-7444

A. FREDRIC LEOPOLD (1919-2008)
GORDON E. YOUNGMAN (1903-1983)
ROBERT P. MYERS (1903-1983)

OF COUNSEL:
RICHARD HUNGATE
ABIGAIL A. JONES*
JOEL MCCABE SMITH
LORALEE SUNDRA

April 22, 2008

File No.: 03386.0102

**Via Electronic Filing**

Hon. Elizabeth D. Laporte
United States Magistrate Judge
United States Courthouse
Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    ***ROBERT GUICHARD v. UNIVERSAL CITY STUDIOS, LLLP***
             **USDC Case No.** C 06-6392 JSW

Dear Judge Laporte:

    Defendant respectfully asks the Court's permission to file a response of no more than two pages to plaintiff's Supplemental Opposition in order to point out the blatantly misleading nature of certain of the statements made by plaintiff therein with regard to the *Mandalay* case, which statements completely ignore Judge White's August 22, 2005 Order in that case, 2005 WL 2007883, dismissing plaintiff's claims arising out of the operations of the MPAA's Title Registration Bureau.

    Defendant will file such a response within one business day after receiving the Court's permission to do so.

                                      Respectfully submitted,

                                      Daniel M. Mayeda
                                      Counsel for Defendant
                                      Universal Studios, LLLP

DMM/m

    cc:    Robert Guichard
              Edward A. Ruttenberg

10356

*[GRANTED — signed Elizabeth D. Laporte, Judge Elizabeth D. Laporte, United States District Court, Northern District of California seal]*