IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GUICHARD,<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSAL CITY STUDIOS, LLLP;<br>Does 1-1,000,<br><br>    Defendants. | No. C 06-6392 JSW<br><br>**ORDER ADOPTING IN PART AND RESERVING IN PART REPORT AND RECOMMENDATION REGARDING DEFENDANT'S MOTION FOR ATTORNEYS' FEES** |

This matter comes before the Court upon consideration of Magistrate Judge Laporte's Report and Recommendation ("Report") regarding Defendant Universal City Studios, LLLP's motion for attorneys' fees.

In her Report, Magistrate Judge LaPorte recommends that this Court grant the motion and award $71,866 in fees and costs. Plaintiff filed objections to the report in addition to a motion to reopen the record. That motion is DENIED.

The Court finds the Report correct, well-reasoned and thorough, and adopts its legal reasoning and findings. However, although the Court finds that attorneys' fees are warranted, the Court is also mindful that Mr. Guichard is a *pro se* litigant and may, perhaps, be of limited

United States District Court
For the Northern District of California

financial resources. The Court therefore may determine that it is appropriate to limit the amount of attorneys' fees Defendant may recover. *See, e.g., Chivalry Film Productions v. NBC Universal, Inc.* 2007 WL 4190793, *3-4 (S.D.N.Y. Nov. 27, 2007) (finding that although plaintiff's *pro se* status does not preclude an award of fees against him, his financial resources are not altogether irrelevant); *see also Rasmussen v. General Growth Properties, Inc.*, 2005 WL 3334752, *6 (D. Utah Dec. 7, 2005) (limiting the amount of recoverable attorneys' fees to $1,000 because while finding that the fees were warranted, the court considered that plaintiff proceeded *pro se* and was of admittedly limited resources).

Accordingly, although the Court adopts the Report's recommendation and shall grant the motion for attorneys' fees, the Court has not determined the appropriate amount of such fees. By no later than June 2, 2008, Mr. Guichard shall submit a declaration attesting to his financial condition and resources, with documentary evidence establishing the same. By no later than June 6, 2008, Defendant may file a reply no longer than five pages. After those submissions, the Court will determine the appropriate amount of fees and costs to impose in this matter.

**IT IS SO ORDERED.**

Dated: May 27, 2008

*[signature: Jeffrey S. White]*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUICHARD et al, | Case Number: CV06-06392 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| UNIVERSAL CITY STUDIOS, LLLP et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 27, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Guichard
1578 35th Avenue
San Francisco, CA 94122

Dated: May 27, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk