<div style="float:left">United States District Court<br>For the Northern District of California</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT GUICHARD,

    Plaintiff,

  v.

UNIVERSAL CITY STUDIOS, LLLP;
Does 1-1,000,

    Defendants.

No. C 06-6392 JSW

**ORDER ADOPTING REPORT AND RECOMMENDATION REGARDING DEFENDANT'S MOTION FOR ATTORNEYS' FEES**

    This matter comes before the Court upon consideration of Magistrate Judge Laporte's Report and Recommendation ("Report") regarding Defendant Universal City Studios, LLLP's motion for attorneys' fees.

    In her Report, Magistrate Judge LaPorte recommended that this Court grant the motion and award $71,866 in fees and costs. Plaintiff filed objections to the report. On May 27, 2008, the Court issued an order adopting the Report's legal reasoning and findings. The Court found that although attorneys' fees were warranted, the Court was also mindful that Mr. Guichard is a *pro se* litigant and may, perhaps, be of limited financial resources.

Accordingly, the Court adopted the Report's recommendation and indicated that it would grant the motion for attorneys' fees, but that the Court had not determined the appropriate amount of such fees. Mr. Guichard was directed to submit a declaration attesting to his financial condition and resources, with documentary evidence establishing the same and Defendant was permitted to file a reply.

After careful review of the parties' submissions, the Court, in its discretion, has determined that it is appropriate to award the attorneys' fees and costs as recommended by Magistrate Judge LaPorte. Therefore, the Court awards Defendant its fees and costs in the amount of $71,866.

**IT IS SO ORDERED.**

Dated: June 19, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GUICHARD et al,

    Plaintiff,

v.

UNIVERSAL CITY STUDIOS, LLLP et al,

    Defendant.

Case Number: CV06-06392 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 19, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Guichard
1578 35th Avenue
San Francisco, CA 94122

Dated: June 19, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk